**SEALED**

FILED
SEP 17 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| v. § | CRIMINAL NO. A19CR 213 RP |
| § | |
| DONOVAN SMITH (1), § | |
| BRANDI CAMPBELL (2), § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that is should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of the defendant, BRANDI CAMPBELL.

IT IS FURTHER ORDERED that the Governments Motion to Seal, as well as this order shall remain sealed until such time as the warrant documents are unsealed.

SIGNED on this 17th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2