CLOSED

## U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:19−mj−00768−BJ−1

1:19-cr-213 (02) RP

Case title: USA v. Campbell  
Other court case number: 1:19−CR−213−RP Western District of Texas/Austin

Date Filed: 09/24/2019  
Date Terminated: 09/24/2019

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

**Brandi Campbell**  
*TERMINATED: 09/24/2019*

represented by **Loui Itoh−FPD**  
Office of the Federal Public Defender  
819 Taylor Street  
Room 9A10  
Fort Worth, TX 76102  
817−978−2753  
Fax: 817−978−2757  
Email: loui_itoh@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Federal Public Defender Appointment  
Bar Status: Admitted/In Good Standing

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g) Felon in possession of a firearm | |

**Plaintiff**

| USA | represented by | **Mark L Nichols–DOJ** |
|---|---|---|
| | | US Attorney's Office |
| | | 801 Cherry Street |
| | | Suite 1700 |
| | | Fort Worth, TX 76102 |
| | | 817/252–5253 |
| | | Fax: 817–252–5455 |
| | | Email: mark.nichols@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/24/2019 | | 3 | Arrest (Rule 5) of Brandi Campbell. Case Number 1:19–CR–213–RP Indictment and Warrant from Western District of Texas/Austin. (jah) (Entered: 09/25/2019) |
| 09/24/2019 | 1 | 4 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re: Rule 5(c) Hearing as to Brandi Campbell held on 9/24/2019. Date of Arrest: 9/24/2019 on warrant from the Western District of Texas, Austin Division; Deft executed financial affidavit; O/appointing FPD entered; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Mark Nichols; Defense – Loui Itoh. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Honstein.) (jah) (Entered: 09/25/2019) |
| 09/24/2019 | 2 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Brandi Campbell. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/24/2019) (jah) (Entered: 09/25/2019) |
| 09/24/2019 | 3 | 7 | WAIVER of Rule 5(c) Hearings by Brandi Campbell (jah) (Entered: 09/25/2019) |
| 09/24/2019 | 4 | 8 | MOTION for Pretrial Detention filed by USA as to Brandi Campbell (jah) (Entered: 09/25/2019) |
| 09/24/2019 | 5 | 9 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Brandi Campbell. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Western District of Texas/Austin. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/24/2019) (jah) (Entered: 09/25/2019) |

Case 1:19-cr-00213-RP Document 15 Filed 09/25/19 Page 3 of 9
Case 4:19-mj-768 NEF for Docket Entry 5 Filed 09/24/2019 Page 1 of 1
Case 4:19-mj-00768-BJ Document 6 Filed 09/25/19 Page 3 of 9 PageID 7

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Mark L Nichols-DOJ (caseview.ecf@usdoj.gov, cynthia.hood@usdoj.gov,
deborah.burson@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov,
liuva.ruiz@usdoj.gov, mark.nichols@usdoj.gov, michelle.thom@usdoj.gov,
victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:11813719@txnd.uscourts.gov
Subject:Activity in Case 4:19-mj-00768-BJ USA v. Campbell Arrest - Rule 5/32/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 9/25/2019 at 10:52 AM CDT and filed on 9/24/2019

| | |
|---|---|
| **Case Name:** | USA v. Campbell |
| **Case Number:** | 4:19−mj−00768−BJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Brandi Campbell. Case Number 1:19−CR−213−RP Indictment and Warrant from Western District of Texas/Austin. (jah)**

**4:19−mj−00768−BJ−1 Notice has been electronically mailed to:**

Mark L Nichols−DOJ    mark.nichols@usdoj.gov, CaseView.ECF@usdoj.gov, Cynthia.Hood@usdoj.gov, Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov, michelle.thom@usdoj.gov

**4:19−mj−00768−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

Case 1:19-cr-00213-RP Document 15 Filed 09/25/19 Page 4 of 9
Case 4:19-mj-768 NEF for Docket Entry 1 Filed 09/24/2019 Page 1 of 2
Case 4:19-mj-00768-BJ   Document 6   Filed 09/25/19   Page 4 of 9   PageID 8

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Loui Itoh-FPD (belinda_partida@fd.org, loui_itoh@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org), Mark L Nichols-DOJ
(caseview.ecf@usdoj.gov, cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov,
janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
mark.nichols@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:11814355@txnd.uscourts.gov
Subject:Activity in Case 4:19-mj-00768-BJ USA v. Campbell Initial Appearance
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

### Notice of Electronic Filing

The following transaction was entered on 9/25/2019 at 12:52 PM CDT and filed on 9/24/2019

| | |
|---|---|
| **Case Name:** | USA v. Campbell |
| **Case Number:** | 4:19–mj–00768–BJ |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re: Rule 5(c) Hearing as to Brandi Campbell held on 9/24/2019. Date of Arrest: 9/24/2019 on warrant from the Western District of Texas, Austin Division; Deft executed financial affidavit; O/appointing FPD entered; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Mark Nichols; Defense – Loui Itoh. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Honstein.) (jah)**

**4:19–mj–00768–BJ–1 Notice has been electronically mailed to:**

Mark L Nichols–DOJ    mark.nichols@usdoj.gov, CaseView.ECF@usdoj.gov, Cynthia.Hood@usdoj.gov, Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov, michelle.thom@usdoj.gov

Case 1:19-cr-00213-RP Document 15 Filed 09/25/19 Page 5 of 9
Case 4:19-mj-768 NEF for Docket Entry 1 Filed 09/24/2019 Page 2 of 2
Case 4:19-mj-00768-BJ   Document 6   Filed 09/25/19   Page 5 of 9   PageID 9

Loui Itoh–FPD     loui_itoh@fd.org, belinda_partida@fd.org, norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org

**4:19–mj–00768–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4;19-MJ-768 |
| | § | |
| BRANDI CAMPBELL | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: September 24, 2019

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

*U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED SEP 25 2019, CLERK, U.S. DISTRICT COURT, By _____ Deputy*

6

# United States District Court
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| BRANDI CAMPBELL | § | CASE NUMBER: 4;19-MJ-768 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 25 2019
CLERK, U.S. DISTRICT COURT
By _____
Deputy

I, Brandi Campbell, understand that in the Western District of Texas/Austin, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(✓) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY DETENTION HEARING BE
(✓) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

_____
Defendant

September 24, 2019

_____
Defense Counsel

7

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-MJ-768 |
| BRANDI CAMPBELL (01) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 25 2019

CLERK, U.S. DISTRICT COURT
By_____
  Deputy

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☒ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☐ Serious risk that Defendant will obstruct justice
- ☒ An offense committed by the Defendant while released pending trial or sentence, or while on probation or parole and the person may flee and/or poses a danger to another person and/or the community requiring an initial 10 day detention pursuant to 18 U.S.C. § 3142(d)

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

**3.** The United States **will not** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance
- ☒ After a continuance of _3_ days.

Respectfully Submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Mark L. Nichols

MARK L. NICHOLS
Assistant United States Attorney
Texas State Bar No. 14997700
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5253
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: September 24, 2019

/s/ Mark L. Nichols

MARK L. NICHOLS
Assistant United States Attorney

8

# UNITED STATES DISTRICT COURT

Northern __ District of __ Texas at Fort Worth

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| BRANDI CAMPBELL | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:19-CR-213-RP | 4;19-MJ-768 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify) ☐ Petition

charging a     18     U.S.C.  922(g)(1)

**DISTRICT OF OFFENSE**
Western District of Texas/Austin

**DESCRIPTION OF CHARGES:**

Felon in possession of a firearm

*U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 25 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy*

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA | ☐ None |
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 24, 2019                                                _____
    Date                                                              Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |