Clerk of the Court　　　　　　　　　　　11-8-21

Pro Se　Donovan Smith　v US
　　　　Brandi Campbell
　　　　USM # 42295-086
　　　　Case # 1-19-213-RP

May I please have copies of the motions that have been filed in my case?

Thank you

Brandi Campbell

Brandi Campbell
USM # 42295-086

Branch Lampbell #85984
3201 E. Hwy 6
Waco, TX 76705

Attn: Clerk, US District Court
Western District of Texas
United States Courthouse
501 W 5th St. Suite 100
Austin, TX 78701

Case # 1-19-2?-?

NORTH TEXAS TX P&DC
DALLAS TX 750
9 NOV 2021 PM 3 L

78701-361275

RECEIVED BY CSO
NOV 12 2021