United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Donovan Smith (1) and<br>Brandi Campbell (2),<br>    Defendants. | No. A-19-CR-213-RP |

**United States' Witness List for Sentencing on November 17, 2022**

1. Daniel Mueller

2. Trent Street

                        Respectfully submitted,

                        Ashley C. Hoff
                        United States Attorney

                        */s/Sharon S Pierce*
                        Sharon S. Pierce
                        Assistant United States Attorney
                        903 San Jacinto, Suite 334
                        Austin, Texas 78701
                        (512) 916-5858 (phone)
                        (512) 916-5854 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Leonard Bradt   Attorney for Defendant Brandi Campbell
Tracy Cluck    Stand-by Counsel for Defendant Donovan Smith

I hereby certify that on the 17th day of November 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following *pro se* defendant:

Donovan Smith
61941
1601 Mills St.
Bastrop Texas 78602

By: /s/ *Sharon Pierce*
Sharon Pierce
Assistant United States Attorney